1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER LUCERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OSF INTERNATIONAL, INC. d/b/a THE OLD SPAGHETTI FACTORY, an Oregon corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 3:22-cv-06287-TLT<br><br>*Honorable Judge Trina L. Thompson*<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)**<br><br>Complaint Filed: October 20, 2022<br>Trial Date:        None Set |

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS CASE**

1  IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Christopher Lucero and Defendant OSF International, Inc. d/b/a The Old Spaghetti's joint request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the absent putative class claims, is GRANTED in full. Each party shall bear his or its own fees and costs.

IT IS SO ORDERED.

Dated: May 11, 2023

_____
HON. TRINA L. THOMPSON
U.S. DISTRICT COURT JUDGE